Sheri Thome
Nevada Bar No. 008657
J. Scott Burris
Nevada Bar No. 010529
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
E-mail:Sheri.Thome@wilsonelser.com
         J.Scott.Burris@wilsonelser.com

*Attorneys for Plaintiff Chanel, Inc.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL, INC., a New York corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CALE OROSZ a/k/a CALE ROSS OROSZ )<br>a/k/a CALE MATTHEWS, an individual, )<br>pd/b/a designfuzz.com d/b/a )<br>@DesignFuzzCom d/b/a design fuzz d/b/a )<br>Ecello Electronics, LLC d/b/a Ecello )<br>Electronics and DOES 1-10 )<br>)<br>Defendants. )<br>) | Case No. 2:15-cv-02428-GMN-VCF<br><br>**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Having duly considered the unopposed Motion for Default Judgment and Permanent Injunction, (ECF No. 14), filed by Plaintiff Chanel, Inc. ("Plaintiff"), the Court hereby enters this final judgment by default against Defendant Cale Orosz ("Defendant") pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Final Default Judgment is **GRANTED**, and judgment is entered in favor of Plaintiff, Chanel, Inc., a New York corporation,

1

with its principal place of business in the United States located at Nine West 57th Street, New York, New York 10019, and against Defendant Cale Orosz a/k/a Cale Ross Orosz a/k/a Cale Matthews, an individual, d/b/a designfuzz.com d/b/a @DesignFuzzCom d/b/a design fuzz d/b/a Ecello Electronics, LLC d/b/a Ecello Electronics (the "Defendant"), as follows:

1. Permanent Injunctive Relief:

Defendant and his officers, agents, servants, employees and attorneys, and all persons acting in concert and participation with Defendant are hereby permanently restrained and enjoined from:

    a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Plaintiff's trademarks identified in Paragraph 7 of the Complaint (the "Chanel Marks"), and identified below:

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 3,890,159 | December 14, 2010 | (Int'l Class: 9) Cases for telephones<br>(Int'l Class: 18) Key cases |
| ☒ | 4,074,269 | December 20, 2011 | (Int'l Class: 9) Protective covers for portable electronic devices, handheld digital devices, personal computers and cell phones<br>(Int'l Class: 16) Temporary tattoos<br>(Int'l Class: 18) Key cases |
| ☒ | 1,734,822 | November 24, 1992 | (Int'l Class: 18) Leather goods; namely, handbags, wallets, |

2

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
|  |  |  | travel bags, luggage, business card cases, change purses, tote bags, and cosmetic bags sold empty |
| CHANEL | 1,647,875 | June 18, 1991 | (Int'l Class: 6) Keychains |
| ☒ | 1,501,898 | August 30, 1988 | (Int'l Class 6) - Keychains<br><br>(Int'l Class 14) - Costume jewelry<br><br>(Int'l Class 16) - Gift wrapping paper<br><br>(Int'l Class) 25 - Blouses, shoes, belts, scarves, jackets, men's ties<br><br>(Int'l Class 26) - Brooches, buttons for clothing |

    b.  using the Chanel Marks in connection with the sale of any unauthorized goods;

    c.  using any logo and/or layout which may be calculated to falsely advertise the services or products of Defendant offered for sale or offered for sale via the Defendant's website operating under the domain name "designfuzz.com" (the "Subject Domain Name"), via any social media platform, including, but not limited to, instagram.com, twitter.com, and/or facebook.com (collectively, the "Social Media"), and/or any other website or business, as being sponsored by,

3

FINAL DEFAULT JUDGMENT AND
PERMANENT INJUNCTION

1050068v.1

authorized by, endorsed by, or in any way associated with Plaintiff;

d. falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendant offered for sale or sold via the Defendant's Subject Domain Name, Social Media and/or any other website or business are in any way endorsed by, approved by, and/or associated with Plaintiff;

f. using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendant via the Defendant's Subject Domain Name, Social Media and/or any other website or business, including, without limitation, keychains, cases for telephones, and protective covers for portable electronic devices, and tote bags;

g. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendant via the Defendant's Subject Domain Name, Social Media, and/or any other website or business, as being those of Plaintiff or in any way endorsed by Plaintiff;

h. otherwise unfairly competing with Plaintiff; and

i. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

4

FINAL DEFAULT JUDGMENT AND
PERMANENT INJUNCTION

1050068v.1

2.     Award Plaintiff $225,000.00 pursuant to 15 U.S.C. § 1117(c).

3.     Cost of Suit: award Plaintiff $500.00 pursuant to 15 U.S.C. § 1117(a).

4.     Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

IT IS SO ORDERED

Dated this  5  day of April, 2017.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE